IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JOSEPH JOHN URBAN,<br>*Plaintiff-Relator*,<br><br>v.<br><br>MCKESSON CORP.,<br>*Defendant*. | Civil Action No. 15-5148<br><br>**FILED UNDER SEAL** |

FILED
NOV 19 2018
By_____ Dep. C—

AND NOW, this 19 day of November, 2018, the United States having declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. the seal be lifted on the complaint and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is

entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States;

    6. all orders of this Court shall be sent to the United States; and

    7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

BY THE COURT:

_____
Hon. Anita B. Brody
United States District Judge

Copies of this Order shall be furnished to:

David C. Kane, Esquire
KANE & ASSOCIATES, LLC
1500 John F. Kennedy Blvd., Suite 820
Philadelphia, PA 19102
*Counsel for Relator*

Landon Y. Jones III
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Attorney for the United States*