IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH JOHN URBAN, et al., | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : No. 15-5148 |
| | : |
| MCKESSON CORPORATION, | : |
| Defendant. | : |

**ORDER**

AND NOW, this 22ⁿᵈ day of January, 2019, it is **ORDERED** that Plaintiff's request for an extension of time to effectuate service of process (*see attached letter*) is **GRANTED**. Accordingly, Plaintiff must serve the Defendant **on or before May 18, 2019**.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on

O:\ABB 2019\L - Z\Urban v. McKesson Extension Order.docx

David C. Kane, R.Ph.†

Of Counsel:
Gregory Yen, PharmD†
Jason Witcher
Rachel Y. Marshall
Bruce Yegelwelt
Mark G. Carusillo
Zanetta Ford†

† Also Admitted in PA
‡ Also Admitted in FL

Email: darbyjb@kanelegal.com

**KANE & ASSOCIATES, LLC**

ATTORNEYS AT LAW

Telephone: (215) 600-0928    Fax: (866) 401-2193

PLEASE REPLY TO
PHILADELPHIA OFFICE

PHILADELPHIA, PA
1845 Walnut Street
Suite 1300
Philadelphia, PA 19103

NEWARK, NJ
59 Market Street
Newark, NJ 07102

MARLTON, NJ
2050 Fairfax Avenue
Suite B
Cherry Hill, NJ 08053

MIAMI, FL
2150 SW 13th Ave.
Miami, FL 33145

January 18, 2019

*Via Fax:* 215-580-2356
The Honorable Anita B. Brody
James A. Byrne U.S. Courthouse
601 Market Street
Room 7613
Philadelphia, PA 19106

**Re: U.S. ex rel. Urban v. McKesson Corp., - No. 15-cv-5148**

Dear Judge Brody:

Relator Joseph John Urban, through his attorney, David C. Kane, Esq., hereby requests this Honorable Court to extend the time within which to effectuate service of process of the Summons and Complaint on Defendant for a period of 90 days.

On November 15, 2018, The United States filed a notice of Election to Decline Intervention and requested the Honorable Court to lift the seal on the complaint and served upon the defendant by the relator in the above-mentioned matter. On November 19, Judge Brody signed the Order. Rule 4(m) of the Federal Rules of Civil Procedures provides that summons and complaint shall be served on a defendant within 90 days. Under such rule, the current deadline to serve the defendant is February 17, 2019.

Relator Joseph John Urban respectfully request an extension because he needs more time to discuss with counsel to determine whether he will maintain the action in the name of The United States or requests that the action be dismissed.

Should you have any questions, please do not hesitate to contact me directly.

Very truly yours,

David C. Kane, Esq.